RECEIVED
AUG 1 8 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH WILLIAM WOLFE**<br>B.O.P. # 37730-177 | : | **DOCKET NO. 15-cv-2864**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE JAMES T. TRIMBLE, JR.** |
| **FEDERAL BUREAU OF PRISONS**<br>**ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and considering the lack of objections in the record,

**IT IS ORDERED** that the Motion for Summary Judgment [Doc. 34] be **GRANTED** and that the petitioner's *Bivens* action be **DISMISSED WITHOUT PREJUDICE** as to all defendants due to his failure to exhaust administrative remedies.

**THUS DONE AND SIGNED** this 18th day of August, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE